| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Bryan T. Edmondson |
| Debtor 2 (Spouse, if filling) | |
| United States Bankruptcy Court for the District of South Carolina | |
| Case Number  19-04179-hb | |

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.**  See Bankruptcy Rule 3002.1.

**Name of creditor:** Quicken Loans Inc.            **Court claim no**. (if known): 1

**Last four digits** of any number you use to identify the debtor's account: 2479

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No

☐ Yes. Date of the last notice: ___/___/____

## Part 1:  Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $0.00 |
| 2. Non-sufficient funds (NSF) fees | | (2) | $0.00 |
| 3. Attorney fees | | (3) | $0.00 |
| 4. Filing fees and court costs | | (4) | $0.00 |
| 5. Bankruptcy/Proof of claim fees | August 28, 2019 | (5) | $500.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $0.00 |
| 7. Property inspection fees | | (7) | $0.00 |
| 8. Tax advances (non-escrow) | | (8) | $0.00 |
| 9. Insurance advances (non-escrow) | | (9) | $0.00 |
| 10. Property preservation expenses. Specify | | (10) | $0.00 |
| 11. Other. Specify: | | (11) | $0.00 |
| 12. Other. Specify: | | (12) | $0.00 |
| 13. Other. Specify: | | (13) | $0.00 |
| 14. Other. Specify: | | (14) | $0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 322(b)(5) and Bankruptcy Rule 3002.1.

| Debtor 1 | Bryan T. Edmondson | Case number (*if known*) 19-04179-hb |
|---|---|---|
| | First Name    Middle Name    Last Name | |

### Part 2: Sign Here

The person completing this Notice must sign it.  Sign and print your name and your title if any, and stat your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘s/ Robert P. Davis                                  Date _8_/_29_/_19_
  Signature

Print:    Robert P. Davis                                  Title: Attorney
Company   Rogers Townsend & Thomas, PC
Address   P. O. Box 100200
          Columbia, SC 29202
          Telephone: (803) 744-7444

Attachment to 410S2

Additional Description of Services Rendered

These amounts represent one invoiced to Quicken Loans Inc. for attorney's fees regarding Proof of Claim Preparation. The total fee incurred for these services are billed as $500.00 billed on August 28, 2019. These fees include the following services:

- Communicating with the servicer to obtain the necessary information about the Debtor's mortgage loan(s) and backup documentation for the POC.

- Prepare and/or review the Loan Payment History as part of the Official 410A
- Preparing and filing the POC form and up to one amended POC form.
- Verify the POC is properly docketed.
- Monitoring the docket.
- Reviewing any disclosure statement and ballot (if applicable), and
- Communicating and negotiating with the client, any trustee and debtor's counsel.

The estimated amount of time spent in connection with these services is two hours of paralegal time and two hours of attorney time.

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTH CAROLINA

IN RE:

Bryan T. Edmondson,

Debtor(s).

CHAPTER 13
CASE NO.: 19-04179-hb

CERTIFICATE OF SERVICE

I, the undersigned employee of ROGERS TOWNSEND & THOMAS, PC, do hereby certify that a copy of the Notice of Post-Petition Mortgage Fees was served on the following parties:

Bryan T. Edmondson (via US Mail)
602 Heyward Rd
Anderson, SC  29621

Gretchen D Holland (via electronic service)
Chapter 13 Trustee
20 Roper Corners Circle
Suite C
Greenville, SC 29615

/s/ Ressie Register
ROGERS TOWNSEND & THOMAS, PC
Ressie Register, Bankruptcy Paralegal
Post Office Box 100200
Columbia, SC  29202-3200
(803) 744-4444

Columbia, South Carolina
August 29, 2019

Bryan T. Edmondson
602 Heyward Rd
Anderson, SC  29621